IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:15-CV-243-RJC-DCK

| | |
|---|---|
| JACKIE LUCINDA DAMON, | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) **ORDER** |
| J.B. HUNT TRANSPORT, INC., | ) ) ) |
| Defendant. | ) ) |

**THIS MATTER IS BEFORE THE COURT** on the "Application For Admission To Practice *Pro Hac Vice*" (Document No. 5) filed by Douglas A. Rubel, concerning Ronald G. Polly on June 30, 2015. Mr. Ronald G. Polly seeks to appear as counsel *pro hac vice* for Defendant J.B. Hunt Transport, Inc. Upon review and consideration of the motion, which was accompanied by submission of the necessary fee, the Court will grant the motion.

**IT IS, THEREFORE, ORDERED** that in accordance with Local Rule 83.1, the "Application For Admission To Practice *Pro Hac Vice*" (Document No. 5) is **GRANTED.** Mr. Ronald G. Polly is hereby admitted *pro hac vice* to represent Defendant J.B. Hunt Transport, Inc.

**SO ORDERED**.

Signed: June 30, 2015

David C. Keesler
United States Magistrate Judge