IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:15-CV-243-RJC-DCK

| | |
|---|---|
| JACKIE LUCINDA DAMON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| J.B. HUNT TRANSPORT, INC., ) | |
| ) | |
| Defendant. ) | |

**THIS MATTER IS BEFORE THE COURT** on the "Application For Admission To Practice *Pro Hac Vice*" (Document No. 6) filed by Douglas A. Rubel, concerning Matthew A. Boyd on June 30, 2015. Mr. Matthew A. Boyd seeks to appear as counsel *pro hac vice* for Defendant J.B. Hunt Transport, Inc. Upon review and consideration of the motion, which was accompanied by submission of the necessary fee, the Court will grant the motion.

**IT IS, THEREFORE, ORDERED** that in accordance with Local Rule 83.1, the "Application For Admission To Practice *Pro Hac Vice*" (Document No. 6) is **GRANTED.** Mr. Matthew A. Boyd is hereby admitted *pro hac vice* to represent Defendant J.B. Hunt Transport, Inc.

**SO ORDERED**.

Signed: June 30, 2015

David C. Keesler
United States Magistrate Judge